# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MEREDITH KAY REINHOLDT,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant. | Case No.: 0:20-cv-02003-WMW-KMM<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

NOTICE IS HEREBY GIVEN that Plaintiff Meredith Reinholdt ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to Defendant Experian Information Solutions, Inc. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

///

///

///

1

RESPECTFULLY SUBMITTED,

DATED: December 18, 2020        By: */s/ Michael Plati*
Michael Plati
(admitted *pro hac vice*)
Bar Number: AZ #016705
Jenna Dakroub
Bar Number: 0401650
Attorneys for Plaintiff
**Price Law Group, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
Telephone: (818) 600-5561
Facsimile: (818) 600-5461
Email: plati@pricelawgroup.com
Email: jenna@pricelawgroup.com

Christopher Dunn
Bar Number: 0400686
Co-Attorney for Plaintiff
**Hoglund, Chwialkowski & Mrozik, PLLC**
1781 Country Road B West
Roseville, MN 55113
Telephone: (651) 628-9929
Email: chip.dunn@hoglundlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Lia Ruggeri*