UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MEREDITH KAY REINHOLDT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendant. | Case No.: 0:20-cv-02003-WMW-KMM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Meredith Kay Reinholdt ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

DATED: January 22, 2021　　　　　By: */s/ Michael Plati*
　　　　　　　　　　　　　　　　　　Michael Plati
　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Bar Number: AZ #016705
　　　　　　　　　　　　　　　　　　Jenna Dakroub
　　　　　　　　　　　　　　　　　　Bar Number: 0401650
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　**Price Law Group, APC**
　　　　　　　　　　　　　　　　　　8245 N. 85th Way

1

Scottsdale, AZ 85258
Telephone: (818) 600-5561
Facsimile: (818) 600-5461
Email: plati@pricelawgroup.com
Email: jenna@pricelawgroup.com

Christopher Dunn
Bar Number: 0400686
Co-Attorney for Plaintiff
**Hoglund, Chwialkowski & Mrozik, PLLC**
1781 Country Road B West
Roseville, MN 55113
Telephone: (651) 628-9929
Email: chip.dunn@hoglundlaw.com

DATED: January 22, 2021              By: */s/ James P. Joseph*
James P. Joseph (MI #P81451)
(admitted *pro hac vice*)
Attorneys for Defendant
**JONES DAY**
150 West Jefferson, Suite 2100
Detroit, MI 48226
Telephone: (313) 733-3939
Facsimile: (313) 230-7997
jjoseph@jonesday.com

Gregory J. Myers, MN #0287398
Co-Attorney for Defendant
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
gjmyers@locklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**Price Law Group, APC**
*/s/ Lia Ruggeri*