UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Meredith Kay Reinholdt, | Case No. 20-cv-2003 (WMW/KMM) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Experian Information Solutions, Inc., | |
| Defendant. | |

Based upon the Stipulation for Dismissal with Prejudice, (Dkt. 23), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 25, 2021                         s/Wilhelmina M. Wright
                                                Wilhelmina M. Wright
                                                United States District Judge