# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Meredith Kay Reinholdt | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 20-cv-2003 WMW/KMM |
| Experian Information Solutions, Inc. | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is DISMISSED WITH PREJUDICE and without costs or disbursements

awarded to any party.

Date: 1/27/2021                                            KATE M. FOGARTY, CLERK